STATE OF MONTANA, Plaintiff, vs. WILLIAM C. SATHER, aka ANDREW A. PENSALA, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of 10 years for Kidnapping imposed on October 4th, 1974, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Philip Grainey of the Montana Defender Project for his assistance to the defendant and to this court.

DATED this 24th day of April, 1975.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. RALPH DEAVILA, Defendant.

DECISION

No. 9412

The application of the above-named defendant for a review of the sentence of 7 years with 1 year deferred for Burglary and Criminal Possession of Dangerous Drugs imposed on October 11th, 1974, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank David Wing of the Montana Defender Project for his assistance to the defendant and to this court.

DATED this 24th day of April, 1975.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. NICHOLAS DiGILLONARDO, Defendant.

DECISION

No. 8143

The application of the above-named defendant for a review of the sentence of 8 years for Burglary imposed on July 12, 1971, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Joe Goldman, attorney, Missoula, for his assistance to the defendant and to this court.

DATED this 24th day of April, 1975.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.